17

```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF KENTUCKY
                         COVINGTON DIVISION



IN RE:                          :       CASE NO.  12-21346
                                        (CHAPTER 13)

    DONALD ALFRED
    DORA ALFRED
    DEBTORS                     :       JUDGE WISE


                                :       OBJECTION TO PROOF OF CLAIM 11
```

   Come now the above-named debtors, and respectfully object(s) to the Proof of Claim filed by CAPITAL ONE NA (Helzberg Diamonds) -

   Information regarding the objection is as follows:

   1. Capital one NA Helzberg Diamonds, c/o Bass & Associates, 3936 East Ft Lovell Road, Suite 200, Tucson, AZ 85712

      2.   attorney of record - n/a

      3.   Claim filed: 11 filed November 28, 2012.

      4.   clerk claim number 11 for 17,303.63

      5.   Basis of Objection -  This Debt derived from a credit card issued by CAPITAL ONE NA HELSBERG DIAMONDS, retail merchant who sells jewelry.  As such this debt is PMSI and should be treated as a secured debt.




                                1.


objclaim

17

WHEREFORE, debtor requests that the claim of the creditor be treated as SECURED and secured as such by jewelry the creditor sold to the debtor. The Plan has provided for the surrender of this merchandise. The debtor is an elderly retired school teacher with mental/physical health problems and cannot afford to retain this collateral and its debt.

/s/<u>Michael Plummer</u>
Michael E. Plummer
Attorney for Debtor
11 West 6th Street
Covington, Kentucky 41011
Plummer50@fuse.net

## NOTICE

If the relief sought in this Motion is opposed, a written response to the Motion must be filed within thirty (30) days of the date of service as set forth in the certificate of service. The Court is authorized to grant the relief requested without further notice should a timely response not be filed. In the event a timely response is filed please take notice that the matter will come on for Hearing before the United States Bankruptcy Court, 3rd Floor, Room 306, 35 West Fifth Street, Covington, Kentucky  41011 on the 15th day of January, 2013 at the hour of 10:00 Am or as soon thereafter as the business of the Court will permit.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Objection and Notice was served by ordinary U.S. mail to the below listed parties on this 28th day of November, 2012.

/s/ Michael Plummer

Attorney for Debtor

Beverly M. Burden
Chapter 13 Trustee
PO Box 2204
Lexington, Kentucky  40588-2204

Donald & Dora Alfred
1607 Banklick Street
Covington, KY 41011

Capital One NA Helzberg Diamonds, c/o Bass & Associates, 3936 Ft Lovell Road, Suite 200, Tucson, AZ 85712

3.

objclaim